FILED
August 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002833116

MUOI CHEA, Bar No. 252065
ATTORNEY AT LAW
331 J STREET, SUITE 200
SACRAMENTO, CA 95814
(916) 441-4205

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DO, CHAU<br>NGO, SAMANTHA<br><br><br><br><br><br><br>Debtors | Case No.: 10-39383-A-7<br>DC No. MC-1<br><br>MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE. 11 USC 554<br><br>Date: September 7, 2010<br>Time: 9:00 a.m.<br>Judge: MCMANUS<br>Dept: A, Rm 28, 7th Floor |

Debtors move the Court as follows:

1. Debtors scheduled as assets in this case certain personal properties. Schedule B is provided as Exhibit A.

2. Among the assets scheduled by Debtors, none are being pursued by the Trustee. All assets were either claimed exempt in Schedule C, or were over encumbered by secured debt listed on Schedule D. Schedule C and D are provided as Exhibit B.

3. Chau Do is self-employed as a buyer and seller of watches on the internet. He has a seller's permit issued by California State Board of Equalization to buy and sell watches on the internet. The seller's permit is provided as Exhibit C.

4. No objections to Debtors' claims of exemption on Schedule C were filed. Debtors believe that all scheduled assets are of no consequence or burdensome to the estate.

5. Debtors request the Court to Compel the Trustee to abandon all scheduled assets from the estate.

///

///

Wherefore, Debtors pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.
2. For other relief the Court deems just and proper

Dated: 8/5/2010         By: _____
                            Muoi Chea, Attorney